UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDINO CASTREJON RANGEL,<br>Plaintiff.<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | No.: 2:26-cv-2661-ICD<br><br>**STIPULATED SCHEDULING ORDER** |

Based upon the parties' Stipulation to Extend Briefing Schedule, IT IS ORDERED that PLAINTIFF will serve his brief on or before December 23, 2026.

Dated: October 20, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE